WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No.
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA PADILLA,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and TRANS UNION LLC,<br><br>Defendant. | Case No.  2:23-cv-01760-GMN-DJA<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT [FIRST REQUEST]** |

**JOINT STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Veronica Padilla ("Plaintiff"), and counsel for Defendant Bank of America, N.A. ("Defendant or Ditech"), that the time for Defendant to respond to Plaintiff's Complaint is extended up to and including December 22, 2023.

On October 30, 2023, Plaintiff filed his Complaint [ECF No. 1]. Defendant was served with Plaintiff's Complaint on November 1, 2023.  The deadline for Defendant to respond to Plaintiff's Complaint is November 22, 2023. The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

This is the first request for an extension of time for Defendant to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED: November 22, 2023          **LAW OFFICE OF KEVIN L. HERNANDEZ**

By: _/s/ Kevin L. Hernandez_
    Kevin L. Hernandez, Esq.,

    Attorney for Plaintiff
    Veronica Padilla

DATED:  November 22, 2023          **WRIGHT FINLAY & ZAK, LLP**

By: _/s/Ramir M. Hernandez_
    Ramir M. Hernandez
    Darren T. Brenner

    Attorneys for Defendant
    Bank of America, N.A.

**IT IS SO ORDERED**.

DATED: 11/27/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2
DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT FINLAY & ZAK, LLP, and that on this 22nd day of November, 2023, I caused to be served a true and correct copy of the foregoing ***JOINT STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT***, in the following manner:

**(ELECTRONIC SERVICE)** Pursuant to Administrative Order 14-2, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities to those parties listed on the Court's Master Service List:

Kevin L. Hernandez
Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
Kevin@kevinhernandezlaw.com

                                                  */s/ Lisa Cox*
                                               An employee of WRIGHT FINLAY & ZAK, LLP