|   |   |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
|   | Darren T. Brenner, Esq. |
| 2 | Nevada Bar No. 8386 |
|   | Ramir M. Hernandez, Esq. |
| 3 | Nevada Bar No. |
| 4 | 7785 W. Sahara Ave., Ste. 200 |
|   | Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
|   | rhernandez@wrightlegal.net |
| 6 | *Attorney for Defendant, Bank of America, N.A.* |

THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| VERONICA PADILLA, | Case No. 2:23-cv-01760-GMN-DJA |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT [SECOND REQUEST]** |
| BANK OF AMERICA, N.A. and TRANS UNION LLC, | |
| Defendants. | |

### JOINT STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Veronica Padilla ("Plaintiff"), and counsel for Defendant Bank of America, N.A. ("Defendant or Ditech"), that the time for Defendant to respond to Plaintiff's Complaint is extended up to and including January 22, 2024.

On October 30, 2023, Plaintiff filed her Complaint [ECF No. 1]. Defendant was served with Plaintiff's Complaint on November 1, 2023. The deadline for Defendant to respond to Plaintiff's Complaint initially was November 22, 2023 and the current deadline is December 22, 2023. The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's Complaint to allow for additional time to complete the investigation of the allegations and continue to discuss possible resolution of the matter.

This is the second request for an extension of time for Defendant to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED: December 21, 2023        **LAW OFFICE OF KEVIN L. HERNANDEZ**

By: _/s/ Kevin L. Hernandez_
    Kevin L. Hernandez, Esq.,

    Attorney for Plaintiff
    Veronica Padilla

DATED: December 21, 2023        **WRIGHT FINLAY & ZAK, LLP**

By: _/s/Ramir M. Hernandez_
    Ramir M. Hernandez
    Darren T. Brenner

    Attorneys for Defendant
    Bank of America, N.A.

**IT IS SO ORDERED**.

DATED: 12/27/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT FINLAY & ZAK, LLP, and that on December 21, 2023, I caused to be served a true and correct copy of the foregoing ***JOINT STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT***, in the following manner:

**(ELECTRONIC SERVICE)** Pursuant to Administrative Order 14-2, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities to those parties listed on the Court's Master Service List:

Kevin L. Hernandez
Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
Kevin@kevinhernandezlaw.com

                                         */s/ Lisa Cox*
                                         An employee of WRIGHT FINLAY & ZAK, LLP